DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE PIERRE LOUIS**,
Appellant,

v.

**JESSE LAFONT,**
Appellee.

No. 4D19-1484

[November 27, 2019]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. DVCE 19-003328.

Andre Pierre Louis, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., TAYLOR and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***